

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00052-CV

_____

IN RE:   BARRY DWAYNE MINNFEE

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM  OPINION

Barry Dwayne Minnfee has filed a petition for writ of mandamus in which, as nearly as we can ascertain, he asks this Court to order the district court judge of the 354th Judicial District Court "to Respond to Intentional Tort."  Minnfee provides no reasoning or analysis to support his demand.   He has attached a copy of what appears to be a pleading entitled "Intentional Tort under color of State law Preliminary Injunction," which names counsel for the FBI as the defendant in the caption, but not otherwise.   Minnfee refers to Al Sharpton and the President's review of his case, to surreptitious recording of suspects, to violations of his privacy by staff and convicted homosexuals, to allowing unauthorized individuals to read his records.

Although this Court has jurisdiction to issue a writ of mandamus against a district judge, in order to be entitled to such, a relator must establish that:   (1) there is no adequate remedy at law to redress the alleged harm; and (2) only a ministerial act, not a discretionary or judicial decision, is being sought.  *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007).

Minnfee has met neither portion of that standard in his petition.

We deny the petition for writ of mandamus.


Jack Carter
Justice

Date Submitted:      May 18, 2011

Date Decided:           May 19, 2011